| | |
|---|---|
| DISTRICT COURT, COUNTY OF EL PASO, STATE OF COLORADO<br><br>Fourth Judicial District<br>270 South Tejon Street<br>Colorado Springs, Colorado 80903 | DATE FILED: September 26, 2022 2:33 PM<br>FILING ID: D9FF2A3D572DC<br>CASE NUMBER: 2022CV31668 |
| Nathan Allner,<br>　　　　　Plaintiff,<br><br>vs.<br><br>PlayCore of Wisconsin, Inc., dba GameTime, Inc.,<br>　　　　　Defendant. | **EXHIBIT B** |
| Winston Law Firm, P.C.<br>Joseph R. Winston, Esq., #20508<br>1009 South Tejon Street<br>Colorado Springs, Colorado 80903<br>Phone Number:(719) 442-6734<br>Fax Number:    (719) 442-2278<br>E-mail:  winstonpc1@aol.com | |
| **COMPLAINT** | |

Plaintiff, through his attorneys, submits the following as his Complaint.

1. Plaintiff is a resident of El Paso County, Colorado.   Plaintiff is nineteen years old. Plaintiff's twentieth birthday is October 6, 2022.

2. Defendant is a Wisconsin corporation in good standing registered to do business in Colorado.   Defendant's principal place of business is located at 544 Chestnut Street, Chattanooga, TN 37402.

3. The registered agent for the Defendant in Colorado is CT Corporation System, 7700 E. Arapahoe Rd. Ste. 220, Centennial CO 80112-1268.

4. Jurisdiction and venue are proper in El Paso County District Court.

5. On August 8, 2008, Plaintiff was in grade school at Prairie Hills Elementary School in Colorado Springs, Colorado.

6. Plaintiff was playing on a slide designed and manufactured by the Defendant which had been installed at the Elementary School by Defendant or its' agents.

7. The slide was not manufactured, constructed, assembled or installed properly and the sections of the slide did not correctly align causing uneven joints between the sections or raised "lips".

8. While using the slide Plaintiff caught one of his front teeth on this raised joint or "lip" causing damage to his front tooth which has required multiple dental procedures and will require additional dental procedures in the future.

9. The slide was not manufactured, constructed, assembled or installed in conformity with applicable standards existing when the slide was manufactured and installed.

### FIRST CLAIM FOR RELIEF-NEGLIGENCE

10. Plaintiff incorporates paragraphs 1-9, above.

11. Defendant or its' agents negligently, manufactured, constructed, assembled or installed the slide and acted unreasonably.

12. The negligence of Defendant or its' agents caused injuries, damages and losses to Plaintiff.

### SECOND CLAIM FOR RELIEF-PREMESIS LIABILITY

13. Plaintiff incorporates paragraphs 1-12, above.

14. When injured Plaintiff was an invitee.

15. Defendant had a duty to warn of or mitigate unreasonably dangerous conditions on the property the Defendant knew or should have known of.   The uneven joints between

the sections of the slide or "lips" were an unreasonably dangerous condition on the property the Defendant knew or should have known of.

16. Defendant failed to mitigate or warn of the unreasonably dangerous condition on the property and breached its' duty to Plaintiff.

17. This unreasonable conduct and failure to mitigate or warn of the unreasonable dangerous condition on the property by Defendant caused injuries, damages or losses to Plaintiff.

### THIRD CLAIM FOR RELIEF-STRICT PRODUCT LIABILITY

18. Plaintiff incorporates paragraphs 1-17, above.

19. Defendant manufactured the slide.   Defendant is in the business of selling playground equipment for use by children.   Defendant sold the slide to District 20 school district in Colorado Springs, Colorado.   The slide was defective as the sections of the slide did not align correctly and formed a "lip" between sections.   The slide was unreasonably dangerous to Plaintiff who might reasonably expected to use the slide.   The slide was defective when sold by Defendant or left its' control.   The slide was expected to reach Plaintiff without substantial change in the condition in which it was sold.   The slide did reach the consumer without substantial change in the condition in which it was sold.   Plaintiff was a person reasonably expected to use the slide.   Plaintiff incurred injuries, damages and losses.   The defective condition of the slide caused injuries, damages and losses to Plaintiff.

3

## FOURTH CLAIM FOR RELIEF-BREACH OF IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE

20. Plaintiff incorporates paragraphs 1-20, above.

21. Defendant sold the slide. Plaintiff was a person reasonably expected to use the slide. Defendant was a merchant with respect to the slide. Defendant warranted the slide was suitable or fit to be used as a slide. The slide was not suitable or fit for the particular purpose for which it was warranted. The breach of warranty caused injuries, damages and losses to Plaintiff.

## FIFTH CLAIM FOR RELIEF-MANUFACTURES LIABILITY BASED ON NEGLIGENCE

22. Defendant manufactured the slide. Defendant was negligent in manufacturing the slide and not using reasonable care to prevent the slide from creating an unreasonable risk of harm to Plaintiff who was a person reasonably expected to use the slide in a manner the Defendant could have reasonably expected.

23. Plaintiff was one of those persons the Defendant should have reasonably expected to use the slide.

24. Plaintiff sustained injuries, damages and losses that were caused by the Defendant's negligence, while the slide was being used in a manner the Defendant should have reasonably expected.

## DAMAGES

25. Plaintiff incorporates paragraphs 1-25, above.

26. As a result of Defendant's wrongful conduct Plaintiff has incurred injuries, damages and losses in the form of medical expenses (past and future), pain and suffering, emotional distress and disfigurement.

Plaintiff requests the court enter judgement against the Defendant in an amount sufficient to fully compensate him for his injuries together with costs and interest.

**A JURY OF SIX IS REQUESTED**

Respectfully submitted this 26th day of September 2022.

                                           WINSTON LAW FIRM, P.C.
                                           *Duly signed original on file at the Winston Law Firm, P.C.*

                                           /s/ Joseph R. Winston, Esq.
                                           Joseph R. Winston, Esq., #20508

Plaintiff's Address:
1095 Knollwood Cir.
Monument, CO 80132